# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.

**MERTA MAE SINCLAIR,**

        Plaintiff,

vs.

**WAL-MART STORES EAST, LP,**

        Defendant.
_____/

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, MERTA MAE SINCLAIR, by and through undersigned counsel and sues the Defendant, WAL-MART STORES EAST, LP, and alleges as follows:

1. That this is an action for damages in excess of Thirty Thousand ($30,000.00) Dollars.

2. That the Plaintiff, MERTA MAE SINCLAIR, at all times material and relevant hereto was a resident of Sunrise, Broward County, Florida, and is sui juris.

3. That the Defendant, WAL-MART STORES EAST, LP, is and has been at all times material hereto licensed to do business in the State of Florida.

4. That on or about May 28, 2021, the Plaintiff, MERTA MAE SINCLAIR, was lawfully on the premises of the Defendant, WAL-MART STORES EAST, LP, located at 1885 North Pine Island Road, Plantation, Broward County, Florida, as a business invitee.

5. That on or about May 28, 2021, the Defendant, WAL-MART STORES EAST, LP, by and through its agents, employees, and/or servants, had exclusive dominion,

possession and control of the premises.

6. That on or about May 28, 2021 the Defendant, WAL-MART STORES EAST, LP, by and through its agents, employees, and/or servants, negligently and carelessly maintained the above mentioned premises, to-wit: by allowing a dirty, slippery substance to remain on the floor in an area where patrons are expected to traverse, creating a dangerous and hazardous condition, causing the Plaintiff, MERTA MAE SINCLAIR, to slip and fall and seriously injure herself.

7. That the Defendant, WAL-MART STORES EAST, LP, either knew or should have known of the existence of the dangerous condition of the common area and should have taken steps to warn the Plaintiff, MERTA MAE SINCLAIR, of the existence of the dangerous condition.

8. That the Defendant, WAL-MART STORES EAST, LP, had a non-delegable duty to maintain the common areas in a reasonably safe and proper condition for the general public.

9. That the Defendant failed to maintain said common areas in a safe and proper condition.

10. That the Defendant, WAL-MART STORES EAST, LP, was negligent in creating or permitting the aforementioned dangerous and hazardous condition to remain upon the premises, rendering said premises dangerous and unsafe for the Plaintiff.

11. That the Defendant, WAL-MART STORES EAST, LP, failed to warn the Plaintiff, MERTA MAE SINCLAIR, of the aforementioned condition and the risk involved in as much as the presence of the Plaintiff, MERTA MAE SINCLAIR, was known or reasonably foreseeable by the Defendant, WAL-MART STORES EAST, LP, and the Plaintiff, MERTA MAE SINCLAIR, neither knew nor should have known of said condition and risk by the use of reasonable care.

12. That as a result of the Defendant's negligence, Plaintiff, MERTA MAE SINCLAIR, was severely injured.

13. That as a direct and proximate result of the negligence of the Defendant, WAL-MART STORES EAST, LP, the Plaintiff, MERTA MAE SINCLAIR, was injured in and about her body and extremities, suffered pain therefrom, suffered physical handicap, lost wages, loss of ability to earn money in the past and in the future, aggravation of a previously existing condition and suffered the inability to lead a normal life; all of which are permanent and continuing in nature.

14. In addition, as a direct and proximate result of the Defendant, WAL-MART STORES EAST, LP, the Plaintiff, MERTA MAE SINCLAIR, incurred medical expenses in the treatment of injuries and will continue to incur said expenses in the future.

WHEREFORE, Plaintiff demands judgment for damages against the Defendant, WAL-MART STORES EAST, LP, and a trial by jury of all issues triable as a right by a jury.

DATED this 28th day of April 2021.

Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
Phone: (954) 462-2300
Email: Ruggiero@wcrlaw.com

BY: /s/ *William C. Ruggiero*
WILLIAM C. RUGGIERO
Florida Bar No. 878499

WCR:frt